Milord A. Keshishian, SBN 197835
John G. Jahrmarkt, SBN 175569
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 446-7879
milord@milordlaw.com
john@milordlaw.com

Attorneys for Plaintiff
MILK & HONEY APPAREL, INC.

FILED

10 FEB -2 PM 3: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milk & Honey Apparel, Inc., a California Corporation, dba Division E, <br><br> Plaintiff, <br><br> vs. <br><br> Aspen Licensing International, Inc., a Florida Corporation, <br><br> Defendant. | Case No. **CV10- 00750-**SVW(MANx) <br><br> **COMPLAINT FOR:** <br><br> 1. **Declaratory Judgment 15 U.S.C. § 1132 and Lanham Act § 43(a) (15 U.S.C. § 1125)** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Milk & Honey Apparel, Inc. ("Milk & Honey") by and through its undersigned attorneys, sues Defendant Aspen Licensing International, Inc. ("ALI"), and alleges:

## THE PARTIES

1.    Plaintiff MILK & HONEY is a California corporation having a place of business at 3461 East 14th Street, Los Angeles, CA 90023. MILK & HONEY also

-1-

COMPLAINT – Jury Demand

conducts business under its "Division E" fictitious business name, which also serves as its trademark.

2.     Upon information and belief, Defendant ALI is a California corporation having a principal place of business at 6047 Bristol Parkway, Culver City, CA 90230.

## JURISDICTION AND VENUE

3.     The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), the Copyright Act, 17 U.S.C. § 101 et seq., the Lanham Act, 15 U.S.C. §§ 1125 and 1121 et seq., and pursuant to 28 U.S.C. §§ 2201 (a) and 2202.  The Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) and (c), and §1400(b) because Defendants conduct business in this District, reside in this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTS COMMON TO ALL COUNTS

5.     MILK & HONEY is a designer and creator of various lines of apparel that are sold by numerous brick-and-mortar retailers and on-line retailers.

6.     MILK & HONEY advertises and sells a certain line of jeans/denim prominently marked with its DIVISON-E trademark ("Subject Products").  The DIVISION-E trademark identifies MILK & HONEY as the source of the Subject Products and assures consumers of the high level of quality, design, appeal and customer satisfaction with which the DIVISION-E brand has become associated.

7.     In or about the fall of 2007, MILK & HONEY began offering jeans -- under its DIVISION E trademark -- that included the descriptor "Aspen."  As used in the jeans industry, the term "Aspen" is generic, referring to a denim wash that is light in color relative to traditional washes or to the structure of the leg designs of the jeans.  It is no coincidence that the term "Aspen" is used in this manner as it is evocative of the bark of

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

COMPLAINT – Jury Demand

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

the Aspen tree, or the wider base thereof.  Examples of such generic uses are included in EXHIBIT 1 attached hereto.  Upon information and belief, most, if not all of these parties are not licensees of ALI.

8.     Upon information and belief, ALI itself does not manufacture or sell any products.  Rather, ALI allegedly licenses its "Aspen" slogans to third parties for use on a line of products.  A true and correct copy of ALI's website is attached hereto as EXHIBIT 2.

9.     Upon information and belief, ALI's various slogans that incorporate the term "Aspen" and evoke that sense of "lifestyle" have been registered with the USPTO and include U.S. Registration Nos. 1,810,824; 884,709; 884,710; 1,102,787; 1,187,768; 1,187,769; 1,236,423; 1,236,424; 1,751,333; 1,798,796; 1,827,545 and 2,383,524 for various items of clothing.

10.     Whenever MILK & HONEY uses the term "Aspen," it is used to describe the wash or cut of its jeans.  MILK & HONEY always uses its DIVISION E mark as the source identifier in association with the generic term "Aspen."  For example, MILK & HONEY advertises one of its jean designs as "Division E Clothing - Men's Aspen Danni Bootleg Denim Jeans."

11.     On October 29, 2009, the Vice President of ALI sent correspondence to Plaintiff accusing it of infringement "on [ALI's] rights" by "selling the Division E Aspen Boot Stretch Jean" among others.  A true and correct copy is attached hereto as EXHIBIT 3.

12.     On November 23, 2009, MILK & HONEY's counsel sent correspondence, see EXHIBIT 1, contesting the charges of infringement.

13.     On November 30, 2009, ALI sent a response continuing to charge infringement.  A true and correct copy is attached hereto as EXHIBIT 4.

14.     On January 4, 2010, ALI sent additional correspondence threatening to "enter a suit in a Federal Court."  A true and correct copy is attached as EXHIBIT 5.

15.     ALI has and continues to threaten MILK & HONEY with litigation in

**COMPLAINT – Jury Demand**

Florida if MILK & HONEY does not agree to cease sales of its products and pay ALI.

16.     Accordingly, ALI's charges of infringement and demands for payment have created an actual, substantial and justiciable case or controversy between MILK & HONEY and Defendant concerning the right of MILK & HONEY to manufacture and sell the Subject Products and use the generic and/or descriptive term "Aspen." Furthermore, to the extent, if any, that apprehension of suit remains relevant to considerations of jurisdiction for declaratory judgment, MILK & HONEY has a reasonable apprehension of imminent suit by Defendant.

17.     As a result of Defendant's acts and statements as alleged herein, MILK & HONEY has and continues to suffer substantial injury and damage, and has lost gains, profits and/or advantages, which it would otherwise have obtained, but for Defendant's acts.

## COUNT I

### Declaration of Non-Infringement

### 15 U.S.C. § 1132(a) and 15 U.S.C. § 1125

18.     MILK & HONEY hereby realleges and incorporates the allegations in paragraphs 1 to 17 of the complaint as if fully set forth herein.

19.     Due to several factors, including but not limited to: MILK & HONEY's generic and/or descriptive, non-trademark use of "Aspen;" the use of MILK & HONEY's DIVISION E trademark to identify the goods associated with the generic and/or descriptive term "Aspen"; the extensive third party usage of "Aspen" as a generic term on jeans; and the differences in trade channels and purchasing environments between MILK & HONEY and ALI's products, there is no likelihood of confusion, sponsorship or affiliation between the MILK & Honey DIVISION E products and ALI's "Aspen" slogans registered with the USPTO.

20.     MILK & Honey is entitled to a declaratory judgment from this Court that the MILK & HONEY DIVISION E jeans, generically described with the term "Aspen," do not infringe ALI's registered "Aspen" slogans, unfairly compete (15 U.S.C. § 1125) with

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

**COMPLAINT – Jury Demand**

1  ALI or otherwise violate any rights of ALI.

2  **PRAYER FOR RELIEF**

3  WHEREFORE, Plaintiff MILK & HONEY prays for judgment against ALI as

4  follows:

5  A.    For a declaration from this Court that Plaintiff's past, present and continued

6  sale of DIVISION E jeans with the term "Aspen" does not constitute an infringement of

7  ALI's slogans registered with the USPTO, unfairly competes with ALI, or otherwise

8  constitutes a violation of any of ALI's rights;

9  B.    For a declaration from this Court that Defendant, its officers, agents,

10  servants, employees and attorneys, and those persons in active concert or participation or

11  otherwise in privity with it, be permanently enjoined and restrained from instituting,

12  prosecuting or threatening any action against MILK & HONEY, or any of its related

13  affiliates, or anyone in privity with it with respect to its manufacture and sales of the

14  DIVISION E jeans with the associated term "Aspen";

15  C.    For a declaration from this Court that the works itemized in the subject

16  registration are in the public domain;

17  D.    For costs of suit incurred, including, but not limited to reasonable attorneys'

18  fees;

19  E.    That this Court grant such other and further relief that it deems just and

20  proper.

21

22  Dated:  February 1, 2010                    Respectfully submitted,

23

24  **MILORD & ASSOCIATES, P.C.**

25  Milord A. Keshishian

26  John G. Jahrmarkt

27  Attorneys for Plaintiff
MILK & HONEY APPAREL, INC.

28

-5-

**COMPLAINT – Jury Demand**

## **DEMAND FOR JURY TRIAL**

Plaintiff, through its attorneys of record, hereby demands trial by Jury.

Dated:  February 1, 2010                    **MILORD & ASSOCIATES, P.C.**

Milord A. Keshishian
Attorneys for Plaintiff
MILK & HONEY APPAREL, INC.

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

-6-

**COMPLAINT – Jury Demand**

EXHIBIT 1

LAW OFFICES OF
### MILORD & ASSOCIATES
A PROFESSIONAL CORPORATION
2029 CENTURY PARK EAST
SUITE 2100
LOS ANGELES, CA 90067
TELEPHONE (310) 226-7878
FACSIMILE (310) 226-7879

November 24, 2009

***Via E-Mail To: Linda@aspenlicensing.com***
***Confirmation Via U.S. Mail***

Ms. Linda Dushman
Aspen Licensing International Inc.
2020 Seabird Way
Riviera Beach, FL. 33404

      Re:    Generic and Descriptive Word "Aspen"
           <u>Our Ref. No.:</u>   BEN08-007L

Dear Ms. Dushman:

      Your letter of October 9, 2009 to Division E has been forwarded to us for response. Please direct all future correspondence to our attention as we serve as intellectual property counsel to Division E. It is Division E's policy to respect the **valid** intellectual property rights of others and the company takes all infringement assertions very seriously. Division E denies Aspen Licensing International, Inc.'s ("ASI") assertions of purported trademark infringement and counters that ASI cannot – as a matter of law –possibly maintain any trademark action with respect to the purported "Aspen" mark.

## I.    <u>Non-Infringement</u>

      To establish its trademark infringement claims, ASI must show: (1) protectable rights in its marks, and (2) a likelihood of confusion arising out of Division E's use of confusingly similar marks. *KP Permanent Make-Up, Inc. v. Lasting Impression I, Inc.,* 408 F.3d 596, 602 (9th Cir. 2005).

      ASI cannot meet the first element of infringement because it has no protectable rights in the purported "Aspen" mark with respect to jeans. As used in the jeans industry, the term "Aspen" is generic and descriptive, referring to a denim wash that is light in color relative to traditional washes. It is no coincidence that the term "Aspen" is used in this manner as it is evocative of the bark of the Aspen tree, which is characterized by being very light in color. Even a cursory search of the catalogues of several jeans manufacturers makes clear that the use of the term "Aspen" to refer to what, in simplest of terms, can only be described as a color, is widespread. A non-exhaustive illustration of several manufacturer's generic use of the "Aspen" word is attached hereto as EXHIBIT A. Indeed, Aspen's use as a color description in reference to jeans is so encompassing, that the term merits no protection in trademark the milieu due to its generic and descriptive nature. *CG Roxanne LLC v. Fiji Water Co., LLC,* 569 F. Supp. 2d 1019

Ms. Linda Dushman
November 24, 2009
Page 2

(N.D. Cal. 2008) ("If the primary significance of the trademark is to describe the type of product rather than the producer, the trademark is a generic term and cannot be a valid trademark.") (citations omitted); *Colt Def. LLC v. Bushmaster Firearms, Inc.*, 2005 U.S. Dist. Lexis 20874 (D. Me. Sept. 20, 2005) ("[A] mark can become generic through public usage causing to become a victim of genericide."); see also, *Pilates, Inc. v. Current Concepts, Inc.*, 120 F. Supp. 2d 286, 304 (S.D.N.Y. 2000) ("The evidence described above shows that PILATES is understood by the public to refer to either the Pilates method (as in "I do Pilates") or to products or services used in connection with the Pilates method (as in "Pilates equipment" or "Pilates instruction").  In both uses of the word, the primary significance of PILATES is as a method of exercise, not as a source of a product or service.").

Ignoring the generic nature of "Aspen," the only possible way any entity could maintain a trademark infringement action with respect to the term and jeans is if it demonstrated that the term "Aspen" had acquired secondary meaning, *i.e.*, that consumers make a seamless connection between the term "Aspen" and a specific manufacturer that produces jeans. *Filipino Yellow Pages, Inc. v. Asian Journal Publi'n, Inc.*, 198 F.3d 1143, 1147 (9th Cir. 1999).  Surely, ASI is not willing to advance such a fatuous and unlikely position, especially in light of the fact that, based on our research, ASI does not appear to manufacture any product at all, much less jeans.

Nor can ASI meet the second element of trademark infringement, as no consumer would likely confuse Division E's (as well as several other manufacturers) use of the term "Aspen" as a source identifier of jeans that come from a company that does not even manufacture jeans.  In determining whether confusion is likely, the Ninth Circuit considers the following factors:  In determining whether confusion between related goods is likely, the following factors are relevant: (1) strength of the mark, (2) proximity of the goods, (3) similarity of the marks, (4) evidence of actual confusion, (5) marketing channels used, (6) type of goods and the degree of care likely to be exercised by the purchaser, (7) defendant's intent in selecting the mark, and (8) likelihood of expansion of the product lines.  *AMF, Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348-49 (9th Cir. 1979).  Here, a non-exhaustive application of the foregoing factors weighs heavily in favor of non-infringement for the following reasons:

(1)    ASI's mark has little if any strength;

(2)    There is no proximity of goods as ASI does not manufacture jeans;

(3)    There is no similarity of marks—ASI's mark features an elision of a tree and a mountain with the word "Aspen" encased therein, whereas Division E does not even use "Aspen" as a mark, but rather, only to describe a denim wash, *e.g.* "DIVISION E Aspen Boot Stretch Jean" as reflected in your correspondence;

(4)    ASI has produced no evidence of actual confusion;

(5)    Division E produces high-end jeans, and as such, its customers are knowledgeable and readily understand that the term "Aspen" refers to a color (customers choose Division E because of the brand, not the use of the word "Aspen"); and

(6)    Division E's intent on using the term "Aspen" was in conformance of the whole jeans industry, which uses the term to describe a denim wash, *i.e.*, Division E's use of "Aspen" constitutes a generic and descriptive use, which did not function

Ms. Linda Dushman
November 24, 2009
Page 3

as a source indicator.

**II.**     **Fair Use**

Even if ASI could demonstrate that Division E's use of the term "Aspen" infringed on any of the former's rights—which, it cannot—Division E is shielded by the defense of fair use. The Ninth Circuit has identified two forms of fair use: "'classic fair use,' in which 'the defendant has used the plaintiff's mark to describe the defendant's *own* product,' and 'nominative fair use,' in which the defendant has used the *plaintiff's* mark 'to describe the plaintiff's product' for the purpose of, for example, comparison to the defendant's product.") *Cairns v. Franklin Mint Co.*, 292 F.3d 1139, 1150 (9th Cir. 2002) (citations omitted) (emphasis as in original).  To establish the "classic" fair use defense, Division E need only prove: (1) that its use of the term is not as a trademark or service mark; (2) that it used the term "fairly and in good faith"; and (3) that it used the term "only to describe its goods or services." *Horphag Research Ltd. v. Pellegrini*, 337 F.3d 1036, 1041 (9th Cir.2003) (citations omitted).

Here, Division E's use of the term "Aspen" falls squarely within the meaning of a "classic" fair use.  Division E used the term in a non trademark manner, it used the term fairly and in good faith (and in conformance with industry custom), and it only used that term in reference to its own products, and specifically, to identify their color and/or wash.

Should you have any questions or comments concerning the foregoing, please feel free to contact us.  This letter does not constitute a waiver of any of the rights and remedies that our client may have in law and equity, all of which are hereby expressly reserved.

Sincerely,

MILORD & ASSOCIATES

Milord A. Keshishian

MAK/svt
Enclosures as stated

cc:     Division E

# EXHIBIT A

| Welcome | Browse | Coupons | Personal Shopper | Blog | | Questions? Comments? Send us feedback. |

**More by Citizens Of Humanity**

Accessories 16
Day Dresses 38
Evening Wear 4
Handbags 109
Jewelry 14
Outerwear 8
Pants 3
Shirts & Blouses 1
Shoes 44
Skirts 13
Sunglasses 13
Sweaters & Hoodies 4
Swimwear 1
Tops 12

Looking for "Citizens of Humanity 'Crystal' Bell Bottom Stretch Jeans (Aspen Wash)?" Love it!



### Citizens of Humanity 'Crystal' Bell Bottom Stretch Jeans (Aspen Wash)
was: $224.00     now: $109.90

Soft, lightweight stretch denim with a faded blue wash is shaped into flared-leg jeans styled with a wide topstitched hem and signature embroidered back pockets. Color(s): aspen wash. Brand: Citizens of Humanity.

» view more by  Citizens Of Humanity
» view more from  Nordstrom
» view more  denim

## Start Shopping

apparel • brands for her • brands for him • merchants

**Apparel for All**

See All Products
Denim 121
Pants 6
Shorts 5
Maternity Wear 4
Denim 3
Suits & Separates 3
Skirts 2
Sweaters & Hoodies 2
Tops 1
Day Dresses 1
Petite Shop 1

**Merchants**

See All Products
Shopbop.com 41
Bloomingdale's 41
Nordstrom 25
Fashion Chateau 20
NET-A-PORTER.COM 10
YOOX 7
eLUXURY.com 5

**Price**

All Prices
Below $100
$100 - $200
$200 - $300
$300 - $400
$400 - $500
$500 - $1000
Above $1000

sort by:  Popularity          num:     30          showing 1 to 30 of 148

1 2 3 4 5


Citizens of Humanity Boho denim shorts
NET-A-PORTER.COM
$163.00


Citizens of Humanity Wide leg jeans
NET-A-PORTER.COM
$114.50
$229.00 (50% off)


Citizens of Humanity Wide leg jeans
NET-A-PORTER.COM
$146.25
$195.00 (25% off)

Citizens of Humanity Geneva Avedon jeans
NET-A-PORTER.COM
$112.20
$187.00 (40% off)

Citizens of Humanity Kelly bootcut jeans
NET-A-PORTER.COM
$220.00

Citizens of Humanity Wide leg jeans
NET-A-PORTER.COM
$129.00
$215.00 (40% off)


Citizens of Humanity Wide leg jeans
NET-A-PORTER.COM
$129.00
$215.00 (40% off)

Citizens of Humanity Kelly bootcut jeans
NET-A-PORTER.COM
$150.00


Citizens of Humanity Maternity 'Kelly'
Nordstrom
$112.90
$189.00 (40% off)

Citizens of Humanity 'Dita' Bootcut Stretch
Nordstrom
$158.00

Citizens of Humanity 'Ingrid' Stretch Jeans
Nordstrom
$158.00


Citizens of Humanity 'Hutton' High Rise Wide
Nordstrom
$154.00



**Sale**

All Products
On Sale
Not On Sale

Citizens of Humanity Kelly Bootcut in Big Sur
Fashion Chateau

$167.00

Citizens of Humanity Ingrid Flare in Big Sur
Fashion Chateau

$168.00

Citizens of Humanity 'Ios' Stretch Denim
Nordstrom

$158.00

Citizen Of Humanity By Jerome Dahan Jeans
YOOX

$179.00
$298.00 (40% off)

Citizens of Humanity Ava Straight Leg in
Fashion Chateau

$163.00

Citizens of Humanity Birkin in Black Velour
Fashion Chateau

$172.00

         

Citizens of Humanity Birkin in Royal Nautical
Fashion Chateau

$242.00

Citizens of Humanity Ingrid Flare in Sierra
Fashion Chateau

$189.00

Citizens of Humanity Avedon skinny leg
NET-A-PORTER.COM

$108.00
$180.00 (40% off)

Citizens of Humanity 'Amber High Rise'
Nordstrom

$163.00

Citizens of Humanity Women's Ingrid Flare
Bloomingdale's

$158.00

Citizen Of Humanity By Jerome Dahan Jeans
YOOX

$138.00
$228.00 (39% off)

    

Citizen Of Humanity By Jerome Dahan Jeans
YOOX

$178.00
$208.00 (14% off)

Citizen Of Humanity By Jerome Dahan Jeans
YOOX

$245.00
$288.00 (15% off)

Citizens of Humanity 'Kelly' Bootcut Stretch
Nordstrom

$158.00

Citizens of Humanity 'Kelly' Crop Stretch
Nordstrom

$150.00

Citizens of Humanity 'Ava' Straight Leg
Nordstrom

$163.00

1  2  3  4  5

**Popular Brands:** marc by marc jacobs day dresses   versace day dresses   alice + olivia day dresses   chloe day dresses   christian louboutin shoes   jimmy choo shoes   steve madden shoes   ugg shoes   true religion denim   7 for all mankind denim   joe's jeans denim   lucky brand jeans denim   prada handbags   dolce & gabbana handbags   juicy couture sweaters & hoodies   brooks brothers dress shirts   nike shoes   lacoste tees and polos

**Women Directory:** accessories   activewear   day dresses   denim   evening wear   fragrances   handbags   intimates and sleepwear   jewelry   maternity wear   outerwear   pants   petite shop   plus sizes   shirts and blouses   shoes   shorts   skirts   suits and separates   sunglasses   sweaters and hoodies   swimwear   tees and tanks   tops

**Men Directory:** athletic wear   big and tall   denim   dress pants   dress shirts   fragrances and accessories   jewelry and watches   outerwear   pants   polos and tees   shoes   shorts and swimwear   sportcoats and jackets   suits   sunglasses   sweaters   ties and belts   underwear and socks   wallets and luggage

**Who we are**
About WearIt.com
Read our blog
Press center

**What we do**
Browse products
Redeem coupons
Personal shopper

**How we can help**
Fashionably asked questions
Send us feedback
Terms of service
Privacy policy

**Where we shop**
Nordstrom's
Net-A-Porter
Macy's
Bloomingdale's

© 2008 WearIt.com, Inc. | Product Sitemap

EXHIBIT 1, P. 12



// Home // Locations // Facebook // MySpace // Twitter // Sign Up // Contact

## Women

## Men

Check Out >>

Log in
About
Policy
Contact

<< Online Store Home

### DL1961 Sally in Aspen



**View More Images**

**Price: $168.00**

Can a pair of jeans project confidence, be trendy and sexy, yet flatter every body? The answer is found with DL1961 - a premium denim company based in New York that is redefining what it means to have the perfect pair of jeans. These DL1961 Sally slim straight medium-rise jeans in the Aspen wash have a patented cross-weave 4-way stretch technology for 360 degree comfort. - Front Rise 7 1/2" - Leg Opening 12 1/2" - Zip Fly - Small Logo Embroidery On Back Pocket - Inseam 34"

### Product Options

**Size (#):**  Select Size (#)

**Quantity:**  1   Add to Cart

**Email this page to a friend**

Home | About Us | Contact Us | My Account | Return Policy | Sitemap | Cart Help

© 2009 Bill Hallman Online Store

EXHIBIT 1, P. 14

My Tobi | Order Status | Sign Up

Your bag is empty    **CHECKOUT**

| LOOKBOOK | EDITORIAL | GIFT CARD | FREE SHIPPING, EASY RETURNS! |

Enter keyword(s)

Back to List                                    Previous Item      Next Item

**Brands**    Categories

7 For All Mankind
A.P.C.
Acne Jeans
AG Jeans
AK Vintage Jewelry
Alexander Wang
Alife
Allison Daniel
Alternative Apparel
Anouk
BB Dakota
Belle by Sigerson Morrison
Black Halo
Blank
Botkier
C&C California
Cheap Monday
Chie Mihara
Circadian Studios
Citizens of Humanity

Enter email address



**Rollover to zoom | Click to view large image**





# Hudson Jeans

## Signature Bootcut Jeans in Aspen

HUDWDNMW170

**$176** **$70**    **FINAL SALE**
(Non-Refundable and Non-Exchangeable)

**Color**    Aspen
**Size**    24    Sizing Guide
**Qty**

**Currently Sold Out**

Need help? Or style advice?
click here, or
Call a stylist @ 1.866.344.7231



These Signature Bootcut Jeans are quintessential Hudson, with their double button closure and back flap pockets that add lift to the rear. In a grey Aspen wash with fading, these jeans have that worn-in look while still exuding polish. The curve-enhancing fit is just right for girls with boyish figures.

Note: These jeans are constructed of stretch denim.

- 98% cotton, 2% polyurethane
- Made in the U.S.A.
- Wash: Aspen

- 29" actual waistband
- 33" inseam
- 7.25" front rise
- 12" back rise
- 20" at upper thigh
- 14.5" at the knee
- 19" at the leg opening

Measured on a size 26, dimensions may vary with size.

Janna is wearing a size 26.
Janna's profile: height 5'9", waist 25", hips 35", bust 32"

**People Who Viewed Hudson Jeans Signature Bootcut Jeans in Aspen in Aspen Ultimately Bought**

Hudson Jeans Signature Bootcut Jeans in Anvil in Anvil
Hudson Jeans Signature Bootcut Jeans in...



WeSC Slim Straight Leg Jeans in Rinse...

T-Bags Long Rope Tie Halter Dress in Lemon
T-Bags Long Rope Tie Halter Dress in Lemon

BB Dakota Edmonds Top in Black
BB Dakota Edmonds Top in Black

let's keep in touch!

Join us and get access to the latest arrivals, stylist advice, and exclusive offers.

Enter email address    Save

ls
Boots   J. Lindeberg   Juicy Couture
ue Religion Jeans

AFFILIATE PROGRAM

**Let's keep in touch by email!**                    Chat with a 1-to-1 Stylist

- [Home](#)
- [Subscribe](#)

[Celebrity Clothes](#)

Your online source for celebrity clothes



# New PRVCY Denim Jeans Barbados Straight Flap Aspen

Ok, for those of you who love the PRVCY Jeans in the Malibu bootcut but have been looking for the same style only in the straight cut… Here's your Jean.

The PRVCY Denim Jean in the Barbados Straight cut has that same great fit in the butt only it is a straight leg with the flap pocket in the Aspen wash. This is just one of my many favorites!

I am loving the new styles that PRVCY has been coming out with. I think that these are better then the True Religion Jeans.

 Support the lifeline on your Butt and Get your PRVCY ON!

Leave a Comment

Name *

E-mail *

Website

Submit

EXHIBIT 1, P. 16

11/3/2009 5:10 PM

Previous post: <u>Hot New Celebrity Clothes</u>

- **Celebrity Clothes Specialists**

  Looking to buy celebrity clothes online? Search no more. We have been selling quality celebrity clothes people just like you for quite some time now. We offer a large selection of Joe's Jeans, PRVCY, LnA, LinQ and much, much more! For more inforamtion, visit our website, call 602.774.4957 or fill out the form below.

- **Recent Topics**

  - New PRVCY Denim Jeans Barbados Straight Flap Aspen
  - Hot New Celebrity Clothes
  - PRVCY Men's Jeans
  - Looking good in trendy celebrity clothes!

- **Contact Form**

  Your Name (required)

  Your Email (required)

  Subject

  Your Message

  [ Send ]



**Internet Marketing**
By Netwirks LLC

EXHIBIT 1, P. 17



 0 items

| home page | new products | specials | my account | contact us |
|---|---|---|---|---|

**\* Wholesale Urban, Hip Hop Clothing & Designer Apparel \***

THIS SPRING'S
HOTTEST
FASHIONS

• RED MONKEY
• EVISU
• ED HARDY
• ROCA WEAR
• ARTFUL DODGERS
• MANY MORE!

Get these looks ▶

ORDER NOW!
CALL TOLL FREE
1.877.252.4914

ONE STOP
SHOPPING
FOR ALL YOUR
CLOTHING!

\* LIST PRICES ARE PER DOZEN OR
1/2 DOZEN BASED ON PRODUCTS

WHOLESALE
APPAREL FOR
MEN \* WOMEN \* KIDS

MEN'S & LADIES
PLUS SIZES AVAILABLE!!
TOPS & BOTTOMS

NAME BRANDS 100% AUTHENTICITY! AT LOW PRICES!    VIEW DETAILS ▶

**Categories**

CHAMPAGNE (2)
DESIGNER HOODIES (7)
DONNAVINCI (2)
ELEGANCE COUTU (2)
FIFTH SUNDAY (2)
GMI (2)
HARMONY (6)
JEANS
KIDS CLOTHING (21)
LADIES JACKETS
LILLY AND TAYL (2)
LISA REME (2)
LONG & TALL
T-SHIRTS (10)
LONG RAPPER
T-SHIRTS (28)

Top » Catalog » SEAN JOHN » HJ52818



Click to enlarge

**$323.40**

REVIEWS ▶    ADD TO CART ▶

**MEN'S SEAN JOHN "ASPEN" JEANS**
**[HJ52818]**
Men's Sean John "Aspen" Jeans
Color: Aspen Wash
Retail: $72.00
Our Price: $26.95
minimum order 1 dozen
**To order call: 510-406-7201**



US Dollar

Manufacturers

Ak:CESS
AKADEMIKS
ARTFUL DODGER
AZZURE
BABE
BABYPHAT
BEBE
BENMARE
BLACKLABEL
BROOKLYN GIRL
COOGI
DEREON
DICKIES
DIVA USA
DODECA

LRG (14)

MACHINE JEANS (2)

MEN'S PLUS SIZE (7)

MILANO (6)

MILINAS (6)

MOSHITA (2)

NEW!!DESIGNER PLUS
SIZES (19)

NEW!!HANDBAGS (191)

NEW!!LADIES SUITS

NUMBUS (2)

PEPE (1)

PLAID CLOTHING (12)

RAW BLUE LADY (1)

REGAL JEANS (3)

RUSSO SPIRIT (2)

SNEAKERS (12)

TIMBERLAND (3)

TODD & OLIVI (2)

TRUE PEOPLE (2)

MEN'S APPAREL (906)

WOMEN'S
APPAREL (508)

MEN'S
FRAGRANCES (14)

WOMEN'S
FRAGRANCES (14)

MEN'S LEATHER
JACKETS (19)

LADIES LEATHER
JACKETS (20)

MOTORCYCLE
APPAREL (31)

MOTORCYCLE
APPAREL (19)

MORE LEATHER (30)

ECKO
ECKO RED
ED HARDY
ENYCE
EVISU
FUBU
FUNHOUSE VINTAG..
GAZOZ
GIRBAUD
GREEN T
INDIGO 30
JOHNNY BLAZE
JON PHILLIPPE
MISKEEN
NEGRO LEAGUE AP..
PHATFARM
RED MONKEY
REGAL JEANS
ROCAWEAR
**SEAN JOHN**
SOUTH POLE

**Tell A Friend**



Tell someone you know
about this product.



Specials | Advanced Search | Reviews | Create an Account | Log In
Copyright © 2009 DesignersEmbassy | Privacy Notice | Conditions of Use

DESIGNER EMBASSY | 4000 MIDVALE AVE, OAKLAND CALIFORNIA 94602 | 510-406-7201

EXHIBIT 1, P. 19

EXHIBIT 2



**The Aspen® Brand was founded in the 1940's as a complete line of rugged, functional skiwear, and became a top brand for skiers demanding performance apparel for decades.**

**Today, the Aspen® brand has evolved far beyond the ski slopes. It not only personifies the biggest long term fashion direction to hit the marketplace in years - natural, active outdoor looks. It relates to some of the most powerful influences on our modern lifestyle: ecological concerns, an increase in outdoor recreational activities, and a new found appreciation for all things natural. This lifestyle is evident in what we eat, drive, play, and watch on television, as well as what we wear.**

**All products are produced and marketed by hand picked and officially licensed companies. In the United States, Aspen products are available at national chain and department stores.**

**Current product offerings include a wide variety of clothing, footwear and accessories for men, women and children.**

**International licensing representation presently exists in Europe and South America and is pending in Australia and Japan.**

**For licensing or product inquiries, please contact:**



# Aspen Licensing International, Inc.
## 1649 Forum Place, Suite 12
## West Palm Beach, Florida 33401
## Tel: 561-688-1107, Toll Free: 888-642-7736
## Fax: 561-688-1412



## click here to
## Contact us by E-mail

damn we are gewd!



EXHIBIT 3



Attn: Oren Benmoshe
President
oren@division-e.com

Division E
341 W. 31st St.
Los Angeles, CA. 90007
323-307-0826


October 29, 2009

Mr. Benmoshe:

Thank you for speaking with me yesterday regarding the Aspen Infringement. Aspen Licensing International Inc. is the lawful owner of the Aspen trademark for Jeans. The federal registration is class 25, # 1,810,824.

Division E is selling the Division E Aspen Boot Stretch Jean, Aspen Jean bootleg, Aspen Jean Straightleg, Aspen flap Jean, Aspen Danni Bootleg Jean, Aspen Bootcut Omega Jean, Aspen Bootcut Sand Script Wash Jean, and the Aspen Bootcut Dot Jean in dark. By selling these online, or by any means in the United States, you are infringing on our rights.

We need to discuss the options to come up with an amicable resolution.  Time is of the essence.

Please contact me via e-mail at Linda@aspenlicensing.com or phone at 561-688-1107.


Sincerely,


Linda Dushman
Vice President


ASPEN LICENSING INTERNATIONAL INC.
2020 SEABIRD WAY · RIVIERA BEACH, FL  33404
TEL: 561-688-1107      FAX:  561-688-1412

EXHIBIT 4

**From:** Bob Maltz [mailto:bob@aiacorp.com]
**Sent:** Monday, November 30, 2009 9:45 AM
**To:** milord@milordlaw.com
**Cc:** Linda Dushman
**Subject:** Aspen infringement

Dear Mr. Keshishian:

RE: Division E.

I am in receipt of your e-mail letter sent to Linda Dushman on November 24, 2009.  In your letter, you are stating that Aspen is generic and descriptive.  For your information, Aspen is a registered trademark and has been since 1949.  Aspen Licensing International, Inc. has over 50 registrations both in the USA as well as worldwide for a number of classifications.  Aspen Skiing Co. (owners of the Aspen mountain and resort) is a licensee of Aspen Licensing and the City of Aspen recognizes our rights.

You have also given us examples of Division E using the Aspen mark as a type of wash.  This is only a small example, however, I have enclosed many Division E Jeans that are Aspen and all of these have different product numbers.  None of these say Aspen wash and therefore, they do not describe a type of treatment.

The shops located in Aspen distribute all types of clothing bearing the Aspen name and this includes jeans.  You also gave examples of other companies using Aspen for jeans.  We are going after all of these companies and have made arrangements with some.

Therefore, we protect our rights.  I would like to discuss with you an amicable arrangement to resolve this matter.

**ROBERT MALTZ**
**ASPEN LICENSING INTERNATIONAL INC.**
**2020 SEABIRD WAY**
**RIVIERA BEACH, FL  33404**
**TEL: 561-688-1107**
**FAX: 561-688-1412**
**EMAIL: BOB@AIACORP.COM**













EXHIBIT 5

**From:** Bob Maltz [mailto:bob@aiacorp.com]
**Sent:** Monday, January 04, 2010 9:25 AM
**To:** milord@milordlaw.com
**Cc:** Linda@aspenlicensing.com
**Subject:** Aspen infringement

Dear Mr. Keshishian:

RE: Division E.

I had e-mailed you on November 30th concerning the infringement of Division E.  I have not heard from you since that time.  Please be advised that Division E. products are still greatly advertised using the Aspen name and this is not for the type of treatment or wash of the jeans.

Please get back to me so that we can come up with an amicable solution to this problem as we do not want to interupt business and get the retailers involved.  If we cannot settle this, we will have no choice but to enter a suit in a Federal Court.

**ROBERT MALTZ**
**ASPEN LICENSING INTERNATIONAL INC.**
**2020 SEABIRD WAY**
**RIVIERA BEACH, FL  33404**
**TEL: 561-688-1107**
**FAX: 561-688-1412**
**EMAIL: BOB@AIACORP.COM**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV10- 750 SVW (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: 310-226-7878 Fax: 310-226-7879

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILK & HONEY APPAREL, INC., a California Corporation, dba Division E | CASE NUMBER |
| PLAINTIFF(S)<br><br>v. | **CV 10 - 00750-SVW(MANx)** |
| ASPEN LICENSING INTERNATIONAL, INC., a Florida Corporation | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): <u>ASPEN LICENSING INTERNATIONAL, INC., a Florida Corporation</u>

A lawsuit has been filed against you.

Within __24__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Milord A. Keshishian</u>, whose address is <u>2029 Century Park East, Suite 2100, Los Angeles, CA  90067</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __**2 FEB 2010**__

By: _____
(Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MILK & HONEY APPAREL, INC., a California Corporation, dba Division E | ASPEN LICENSING INTERNATIONAL, INC., a Florida Corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Milord A. Keshishian, Esq. SBN 197835 (310) 226-7878<br>MILORD & ASSOCIATES, P.C.<br>2029 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Judgment 15 U.S.C. § 1132 and Lanham Act § 43(a) (15 U.S.C. § 1125)

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | Slander | ☐ 385 Property Damage | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & | ☐ 330 Fed. Employers' Liability | Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt | Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of | ☐ 360 Other Personal | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | Overpayment of Veteran's Benefits | Injury | ☐ 442 Employment | ☐ 625 Drug Related | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | Seizure of Property 21 USC | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | 881 | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal | ☐ 445 American with Disabilities - | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | Injury Product Liability | Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal | ☐ 230 Rent Lease & Ejectment | Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV 10- 00750**

FOR OFFICE USE ONLY:   Case Number _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events, or
　　　　　　　　　　　　☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges, or
　　　　　　　　　　　　☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c)  List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 2, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases.

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |