Milord A. Keshishian, SBN 197835
John G. Jahrmarkt, SBN 175569
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 446-7879
milord@milordlaw.com
john@milordlaw.com

Attorneys for Plaintiff
MILK & HONEY APPAREL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milk & Honey Apparel, Inc., a California Corporation, dba Division E,<br><br>                Plaintiff,<br><br>    vs.<br><br>Aspen Licensing International, Inc., a Florida Corporation,<br><br>                Defendant. | Case No.: CV10-00750 SVW (MANx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MILK & HONEY APPAREL, INC., A California Corporation, d/b/a DIVISION E, by and through its undersigned attorney, and pursuant to Fed. R. Civ. P., 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal in the above-styled cause, and states as grounds therefore the following:

1.  The parties have amicably resolved their differences which resulted in this action and have entered into a settlement stipulation.

1   2.   Each party is to bear its own attorneys' fees and costs.

Dated:  July 6, 2010                                    Respectfully submitted,

**MILORD & ASSOCIATES, P.C.**

<u>/s/ Milord A. Keshishian</u>
Milord A. Keshishian
John G. Jahrmarkt
Attorneys for Plaintiff
MILK & HONEY APPAREL, INC.

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

**NOTICE OF VOLUNTARY DISMISSAL**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On **July 6, 2010**, I served the following document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL**

☐ **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by _____ Messenger Service.

☐ **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

☐ **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

☒ **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format, to be transmitted by email to its intended recipient(s) at the following email addresses set forth below.

Kenneth N. Johnson
Rutherford Mulhall, P.A.
PGA Financial Plaza, Suite 240
3399 PGA Boulevard
West Palm Beach, FL 33410
kjohnson@rmlawyer.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **July 6, 2010**, at Los Angeles, California.

☐ **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

/s/ *Stephanie V. Trice*
Stephanie V. Trice